UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA ROGERS,<br><br>                                Plaintiff,<br>  vs.<br>COLLECTO, INC. d/b/a EOS CCA,<br><br>                               Defendant. | CASE NO. 14cv1003-WQH-JLB<br><br>ORDER |

HAYES, Judge:

      The matter before the Court is the Motion to Dismiss filed by Defendant. (ECF No. 2).

## BACKGROUND

      On February 13, 2014, Plaintiff, proceeding pro se, initiated this action by filing a Complaint in San Diego County Superior Court, Small Claims Court. (ECF No. 1 at 6-8). The Complaint alleges in its entirety: "[Defendant] place[d] a negative rating on [my] credit without providing notification [in] writ[ing] allowing for me to dispute." *Id*. at 7.

      On April 21, 2014, Defendant removed the action to this Court on the basis of federal question jurisdiction. (ECF No. 1).

      On April 28, 2014, Defendant filed the Motion to Dismiss for failure to state a claim upon which relief may be granted. (ECF No. 2). The Motion to Dismiss contains a Proof of Service indicating that Plaintiff was served with the motion at the address listed in Plaintiff's Complaint.

1    The docket reflects that no opposition to the Motion to Dismiss has been filed.

## DISCUSSION

A district court may properly grant an unopposed motion pursuant to a local rule where the local rule permits, but does not require, the granting of a motion for failure to respond. *See Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). Civil Local Rule 7.1 provides: "If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court." S.D. Cal. Civ. Local Rule 7.1(f)(3)(c). "Although there is ... a [public] policy favoring disposition on the merits, it is the responsibility of the moving party to move towards that disposition at a reasonable pace, and to refrain from dilatory and evasive tactics." *In re Eisen*, 31 F.3d 1447, 1454 (9th Cir. 1994).

The docket reflects that Plaintiff has failed to file an opposition as required by Civil Local Rule 7.1.e.2. The Court concludes that "the public's interest in expeditious resolution of litigation," "the court's need to manage its docket," and "the risk of prejudice to the defendants" weigh in favor of granting the Motion to Dismiss for failure to file an opposition. *Ghazali*, 46 F.3d at 53.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED. (ECF No. 5). The Complaint is DISMISSED without prejudice.

DATED: July 11, 2014

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge